UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-                    10-CR-942 (S-2)(JG)

CHRISTOPHE FELIX,

         Defendant.

- - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Assistant United States Attorney Tiana A. Demas from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant United States Attorney Tiana A. Demas
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 4th Floor
    Tel: (718) 254-6116
    Fax: (718) 254-6076
    Email: tiana.demas@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Tiana A. Demas at the email address set forth above.

Dated:      Brooklyn, New York
            December 18, 2011

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney


            By:
                               /s/ Tiana A. Demas
                              Tiana A. Demas
                              Assistant U.S. Attorney

cc:  Clerk of the Court (JG)